**Varnum M. KRUMM, Jr.,
Petitioner–Appellant,**

v.

**Howard PAINTER, Warden,
Respondent–Appellee.**

No. 00–7416.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Varnum M. Krumm, Jr., pro se.   Darrell V. McGraw, Jr., Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Varnum J. Krumm, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000).   We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.   Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Krumm v. Painter*, No. CA–99–89–5 (N.D.W.Va. Sept. 25, 2000).   We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*